FILED
BILLINGS DIV.
2007 OCT 31 AM 9 55
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| MARCIA SPAHR, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY and SOCIAL SECURITY Plnt, FBI Plnt <br><br> Defendants. | CV-07-116-BLG-RFC <br><br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

On October 17, 2007, United States Magistrate Judge Carolyn Otsby entered her Findings and Recommendation. Magistrate Judge Ostby recommends Plaintiff's Motion to Proceed *In Forma Pauperis* be denied. In some cases, upon service of a Magistrate Judge's findings and recommendation, a party has ten days to file written objections. *See* 28 U.S.C. § 636(b)(1). However, in the present case Plaintiff is not allowed ten days to file written objections because the Magistrate Judge's authority to make the recommendation on this pretrial matter is derived from 28 U.S.C. § 636(b)(3), which does not provide a party ten days to file written objections with the district court. *Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998).

After an extensive review of the record and applicable law, this Court finds Magistrate Judge Ostby's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

1

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (***Doc. #1***) is **DENIED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED the 31st day of October, 2007.

*/s/ Richard F. Cebull*
RICHARD F. CEBULL
UNITED STATES DISTRICT JUDGE

2